737 A.2d 681

IN THE MATTER OF E. LORRAINE HARRIS, A/K/A ETTA LORRAINE HARRIS AN ATTORNEY AT LAW.

September 29, 1999.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension of **E. LORRAINE HARRIS, a/k/a ETTA LORRAINE HARRIS**, of **GIBBSTOWN**, who was admitted to the bar of this State in 1994, pursuant to *Rule* 1:20-3(g)(3) and *Rule* 1:20-11, and good cause appearing;

It is ORDERED that **E. LORRAINE HARRIS, a/k/a ETTA LORRAINE HARRIS**, is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **E. LORRAINE HARRIS, a/k/a ETTA LORRAINE HARRIS**, be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **E. LORRAINE HARRIS, a/k/a ETTA LORRAINE HARRIS**, comply with *Rule* 1:20-20 dealing with suspended attorneys.